11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of T.D.R. and S.L.R.,  * From the 70th District
            Court of Ector County,
            Trial Court No. A-132,865.

No. 11-13-00032-CV      * July 11, 2013

           * Per Curiam Memorandum Opinion
           (Panel consists of: Wright, C.J.,
           McCall, J., and Willson, J.)

   This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Darrell Ratliff.